786 A.2d 106

IN THE MATTER OF THEODORE W. DAUNNO,
AN ATTORNEY AT LAW.

December 20, 2001.

## ORDER

**THEODORE W. DAUNNO** of **GLEN RIDGE**, who was admitted to the bar of this State in 1975, having through counsel consented to transfer to disability inactive status, pursuant to *Rule* 1:20–12(b), and counsel having acknowledged that in giving said consent, *Rule* 1:20–12(e) is not being invoked, and good cause appearing;

It is ORDERED that **THEODORE W. DAUNNO** is hereby transferred to disability inactive status, effective immediately, and until the further Order of the Court; and it is further

ORDERED that **THEODORE W. DAUNNO** is hereby restrained and enjoined from practicing law during the period he remains on disability inactive status; and it is further

ORDERED that all funds if any, currently existing in any New Jersey financial institution maintained by **THEODORE W. DAUNNO** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund, pending the further Order of the Court; and it is further

ORDERED that **THEODORE W. DAUNNO** comply with *Rule* 1:20–20 dealing with attorneys on disability inactive status.